IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:09-HC-2046-BO

| | | |
|---|---|---|
| DEMOND WELLS, | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| ROBERT G. JONES, | ) | |
|     Respondent. | ) | |

This matter is before the court on petitioner's motion for reconsideration (D.E. # 30) On April 2, 2009, petitioner filed a petition for writ of habeas corpus in this court under 28 U.S.C. § 2254. Respondent's Motion for Summary Judgment was granted on February 9, 2010, and the petition was dismissed along with the denial of a certificate of appealability (D.E. # 15 and 16). On March 11, 2010, petitioner filed a Notice of Appeal and a Request for Certificate of Appealability (D.E. # 19 and 20). On the same day, this court denied the Certificate of Appealability as moot (D.E. # 22). On May 28, 2010, the Fourth Circuit dismissed the appeal and on July 7, 2010, petitioner's requested rehearing was also denied. On July 15, 2010, the mandate from the Fourth Circuit issued. On February 9, 2011, petitioner filed a motion for reconsideration. The matter has been dismissed on summary judgment by this court. The Fourth Circuit dismissed the appeal and denied the petition for rehearing and rehearing en banc. The matter is closed and the motion (D.E. # 30) is DENIED and DISMISSED as MOOT.

SO ORDERED, this 20 day of April 2011.

                                      TERRENCE W. BOYLE
                                      UNITED STATES DISTRICT JUDGE